ERIC W. HAGEN (SBN 192340)
ehagen@mwe.com
ERIC LEVINRAD (SBN 169025)
elevinrad@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3800
Los Angeles, CA 90067-3218
Telephone: 310.277.4110
Facsimile: 310.277.4730

Attorneys for Plaintiff
JIBJAB MEDIA INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIBJAB MEDIA INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> WHITE CASTLE MANAGEMENT CO., a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendant. | CASE NO. CV12- 04178 MMM (JEMx) <br><br> **COMPLAINT FOR:** <br><br> **1. FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);** <br><br> **2. FEDERAL UNFAIR COMPETITION (15 U.S.C. § 1125(a))** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff JibJab Media Inc. ("JibJab") brings this Complaint against Defendant White Castle Management Co. ("White Castle") and alleges as follows:

## NATURE OF ACTION

1. This is an action for trademark counterfeiting, trademark infringement, unfair competition, and false designation of origin in violation of §§ 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).

2. JibJab is a digital media company that owns and operates the popular website jibjab.com. JibJab is well known for creating distinctive photo cut-out animation videos and for offering social expression products that allow users and paid subscribers the ability to personalize videos and images by uploading digital photos and inserting images of faces into JIBJAB® content.

COMPLAINT

3.     JibJab is the sole and exclusive owner of several U.S. Registered Trademarks for JIBJAB covering animation services, including three registrations that are incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065:  U.S. Reg. Nos. 2,587,463, 3,137,618, and 3,155,670 (collectively, the "JIBJAB Mark"). Copies of the registration certificates for these marks are attached as Exhibits A-C.

4.     White Castle, a fast food chain, recently launched a social media advertising campaign called "Jib Jab Chicken Ring" to promote its menu item "chicken rings."  A copy of the online advertisement is attached as Exhibit D.

5.     In addition to naming the promotion with the JIBJAB Mark, White Castle's online application copies the look and feel of JibJab's cut-out animation style and further mimics JibJab's personalized content by offering users the ability to upload digital photos and insert faces into these video templates.  This is no coincidence.  Indeed, during development of the advertisement, a solicitation for voiceover talent announced:  "There are three White Castle spots that will be posted to White Castle's Facebook page.  These will be jib jab style and facebook friends can upload their photos in the spots."  (http://www.donanza.com/jobs/p3174551 record_your_voice_white_castle_web_spots_males.)  A copy of this posting is attached as Exhibit E.

6.     White Castle's unauthorized use of the JIBJAB Mark constitutes willful trademark infringement and unfair competition in violation of the Lanham Act.  White Castle is intentionally creating consumer confusion and trading off the great investment that JibJab has put into its brand and its products.

## PARTIES

7.     Plaintiff JibJab is a Delaware corporation with its principal place of business in Venice, California.

8.     Upon information and belief, Defendant White Castle is a Delaware corporation with its principal place of business in Columbus, Ohio.

COMPLAINT

9.     Upon information and belief, at all relevant times herein, Defendant and DOES 1 through 10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior.  JibJab further alleges that Defendant and DOES 1 through 10, inclusive, had a non-delegable duty to prevent or cause such acts and the behavior described herein, which duty Defendant and DOES 1 through 10, inclusive, failed and/or refused to perform.

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction under section 39 of the Lanham Act, 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

11.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b).  On information and belief, Defendant is a corporation subject to personal jurisdiction in and, therefore, resides in this judicial district; and a substantial part of the events giving rise to the claims occurred in this judicial district.

## FACTS ENTITLING JIBJAB TO RELIEF

### The JIBJAB Trademark and Animation Style

12.     JibJab is the sole and exclusive owner the JIBJAB Mark.  The registrations embodying the JIBJAB Mark, attached as Exhibits A-C, are in full force and effect.

13.     "JIBJAB" is a fanciful term, having no meaning other than its meaning as a trademark, and is therefore accorded the strongest protection under applicable trademark laws.

14.     JibJab's use of the JIBJAB Mark, including its logo featuring old-fashioned caricatures of mustachioed men (below), has been prominent and widespread since the company was founded in 1999.

McDermott Will & Emery LLP
Attorneys at Law
Los Angeles

COMPLAINT

15.     Because of JibJab's longstanding and continuous use of its mark, the earliest trademark registrations for the JIBJAB Mark – U.S. Reg. Nos. 2,587,463, 3,137,618, and 3,155,670 – are incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065.

16.     Additional relevant trademark registrations owned by JibJab include standard character marks for JIBJAB (U.S. Reg. Nos. 3,660,801 and 4,110,304), JibJab's stylized logo (U.S. Reg. No. 3,354,713), and related family marks (U.S. Reg. No. 3,463,209 for JIBJAB SENDABLES; U.S. Reg. No. 4,110,304 for JIBJAB JR.; U.S. Reg. Nos. 4,059,063, 4,059,064, 4,059,071 for the JIBJAB animated logo).

17.     JibJab is well known for its photo cut-out animation style, in which JibJab creates cartoon images of characters with disproportionately large heads and where a cut-out image of the character's jaw is animated to mimic talking and/or singing.  Many animations created by JibJab contain comedic Victorian Old West-themed content.

18.     JibJab is also well known for offering photo-personalized e-cards that allow users to upload photos and insert faces into JIBJAB® videos and images.

19.     JibJab has created co-branded content with several high profile clients, including Pepsi, OfficeMax, LucasFilm, Major League Baseball, and others.

20.     JibJab currently has more than 28 million registered users, and users have viewed JIBJAB® e-cards more than 1.1 billion times.

COMPLAINT

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

### White Castle's "Jib Jab Chicken Ring" Promotion

21.    In or about April 2012, White Castle launched a social media ad campaign called "Jib Jab Chicken Ring," as described above and shown in Exhibit D.  White Castle promoted this online promotion on its Facebook page and via its Twitter account.  On April 19, 2012, the Twitter account @WhiteCastle tweeted the following message along with a link to the "Jib Jab Chicken Ring" Facebook page:  "5 Minutes of @JibJab #fame? Why, yes. That sounds lovely. on.fb.me/HliNMF".  A copy of this posting is attached as Exhibit F.

22.    Not only does the ad campaign's title use the JIBJAB Mark, the ad's online application copies the look and feel of JibJab's well-known photo cut-out animation style.  The promotion features old-fashioned caricatures of mustachioed men, characters with disproportionately large heads and animated jaws, and background staging similar to JibJab's Victorian Old West-themed web content.

23.    In addition, White Castle's "Jib Jab Chicken Ring" promotion is similar to JibJab's photo-personalized offerings in that White Castle's online application offers users the ability to personalize animated videos by uploading digital photos and inserting faces into video templates.

24.    White Castle also placed online advertisements targeting JibJab's Facebook fans, of which there are more than a half-million.  These targeted ads announced:  "Want to become a White Castle Jib Jab star?  Click to find out how." An example of this targeted Facebook ad placement is attached as Exhibit G.

25.    Upon information and belief, White Castle intended to copy JibJab's unique style and brand.  As stated above and shown in Exhibit E, during development of the ad, White Castle explicitly announced that the videos will be "jib jab style."  White Castle's use of the JIBJAB Mark was therefore willful.

26.    Without authorization or compensation, White Castle reaped the benefit of JibJab's goodwill associated with its trademarks.

27.     Upon information and belief, White Castle's use of the JIBJAB Mark has caused, and causes, confusion among members of the public as to whether the "Jib Jab Chicken Ring" ad was authorized, sponsored, provided or endorsed by, or affiliated with JibJab.

28.     No extenuating circumstances justify White Castle's wrongful conduct.

**COUNT I:**

**FEDERAL TRADEMARK INFRINGEMENT**

**(15 U.S.C. § 1114)**

29.     JibJab repeats and realleges the averments of the preceding paragraphs as though fully set forth herein.

30.     White Castle's unauthorized use of a mark that is identical or substantially identical to the JIBJAB Mark in interstate commerce violates section 32 of the Lanham Act, 15 U.S.C. § 1114, because it constitutes willful and deliberate use in commerce of reproductions, counterfeits, copies, and/or colorable imitations of JibJab's federally-registered marks in connection with the sale, offering for sale, distribution, and advertising of products and services in a manner likely to cause confusion, mistake, and deception.

31.     White Castle's use of the JIBJAB Mark is without JibJab's permission or authority and is in total disregard of JibJab's rights to control its trademarks, reputation, and goodwill.

32.     Upon information and belief, White Castle's acts have been willful and deliberate.

33.     JibJab has been, and continues to be, irreparably damaged by White Castle's violations of this statute, and JibJab has no adequate remedy at law. Unless this Court enters an order requiring White Castle immediately and permanently to cease and desist from its unlawful use of the JIBJAB Marks,

COMPLAINT

1   Defendant's unlawful conduct will continue to cause injury to JibJab and the

2   public.

3                           **COUNT II:**

4            **FEDERAL UNFAIR COMPETITION**

5                    **(15 U.S.C. § 1125(a))**

6        34.    JibJab repeats and realleges the averments of the preceding paragraphs

7   as though fully set forth herein.

8        35.    White Castle's conduct, as described above, constitutes unfair

9   competition because it is likely to cause confusion, mistake or deception, including,

10  without limitation, among consumers in interstate commerce, as to the affiliation,

11  connection and association between White Castle and its "Jib Jab Chicken Ring"

12  promotion, on the one hand, and JibJab and JibJab's website and services on the

13  other hand, all in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

14       36.    White Castle's use of the JIBJAB Mark described above also

15  constitutes unfair competition, because it is likely to cause confusion, mistake or

16  deception as to whether White Castle's "Jib Jab Chicken Ring" promotion

17  originates from or is sponsored, endorsed or approved by JibJab, all in violation of

18  § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

19       37.    On information and belief, White Castle's acts have been willful and

20  deliberate.

21       38.    As a direct and proximate result of White Castle's wrongful conduct,

22  JibJab has been, and continues to be, irreparably damaged by White Castle's

23  violation of this statute, and JibJab has no adequate remedy at law.

24       39.    In light of the foregoing, JibJab is entitled to injunctive relief

25  prohibiting White Castle from using the JIBJAB Mark, or any marks/designs

26  confusingly similar thereo, and to recover all damages, including attorneys' fees,

27  that JibJab has sustained and will sustain, and all gains, profits and advantages

28

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

1  obtained by Defendant as a result of their infringing acts alleged above in an

2  amount not yet known, as well as the costs of this action.

3  **PRAYER FOR RELIEF**

4  In view of the foregoing, Plaintiff JibJab prays for the following relief:

5  A.      Judgment in favor of JibJab and against White Castle on all claims for

6  relief alleged herein.

7  B.      An injunction:

8  (1)      requiring White Castle, its agents, servants, employees,

9  attorneys, and any and all persons in active concert or participation with it

10  immediately and permanently to cease and desist from all use of the JIBJAB Marks,

11  in any form or manner that resembles, suggests, or intimates that White Castle is

12  approved or endorsed by, or otherwise affiliated with, JibJab;

13  (2)      requiring White Castle to immediately remove from any social

14  media pages under its control any and all use of the JIBJAB Marks and any

15  mention of the "Jib Jab Chicken Ring" promotion;

16  (3)      requiring White Castle to have deleted or removed from

17  publication any advertisements paid for or used by it (whether displayed through

18  the use of social media or otherwise) containing any of the JIBJAB Marks and any

19  other name, mark, or logo confusingly similar to them;

20  (4)      requiring White Castle to cease and desist from engaging in any

21  other activity constituting unfair competition with JibJab, or acts and practices that

22  deceive consumers, the public, and/or trade, including without limitation, the use of

23  designations and design elements associated with JibJab;

24  (5)      requiring White Castle to cease and desist from committing any

25  other act that falsely represents or which has the effect of falsely representing that

26  the goods and services of White Castle are licensed by, authorized by, offered by,

27  produced by, sponsored by, or in any other way associated with JibJab; and

28

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

COMPLAINT

(6) requiring White Castle to file with the Court and serve on JibJab, within thirty (30) days after entry of an injunction, a report in writing under oath setting forth in detail the manner in which White Castle has complied with the Court's injunction and orders;

C. Monetary relief to JibJab in the form of:

(1) statutory damages in the amount of $2,000,000 per counterfeit mark under 15 U.S.C. § 1117(c);

(2) An accounting of all profits derived by White Castle and its subsidiaries and affiliates from their unlawful acts;

(3) An award of such monetary remedies in an amount sufficient to compensate JibJab for losses it has sustained as a consequence of White Castle's unlawful acts, as well as the profits of White Castle and its subsidiaries and affiliates attributable to the unlawful acts;

(4) An award of treble damages or other enhanced monetary remedies to JibJab; and

(5) An award of attorneys' fees and costs to JibJab.

D. Such further relief as the Court may deem just and proper.

Dated: May 14, 2012    McDERMOTT WILL & EMERY LLP


By: _____
ERIC W. HAGEN
Attorneys for Plaintiff
JIBJAB MEDIA, INC.

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, JibJab hereby

3  demands a trial by jury as to all triable claims in this litigation.

4  Dated:    May 14, 2012                    McDERMOTT WILL & EMERY LLP

5

6                                           By: _____

7                                               ERIC W. HAGEN
                                                Attorneys for Plaintiff
8                                               JIBJAB MEDIA, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,587,463
Registered July 2, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## JIBJAB

JIBJAB MEDIA INC. (DELAWARE CORPORA-
TION)
466 UNION AVENUE
BROOKLYN, NY 11211

FOR: ANIMATION AND MULTIMEDIA ENTER-
TAINMENT SOFTWARE PRODUCTION SERVICES,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

SER. NO. 76-106,936, FILED 8-10-2000.

AMOS T. MATTHEWS, JR., EXAMINING ATTOR-
NEY

EXHIBIT ____ *A* ____ PAGE ___ *1* ___

**Int. Cls.: 9, 25, 35 and 41**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 39, 100, 101, 102 and 107**

## United States Patent and Trademark Office

Reg. No. 3,137,618

Registered Sep. 5, 2006

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



JIBJAB MEDIA INC. (DELAWARE CORPORA-TION)
2660 SECOND STREET SUITE 5
SANTA MONICA, CA 90405

FOR: PRE-RECORDED MEDIA, NAMELY PRE-RECORDED CDS DVDS AND ELECTRONIC MED-IA, NAMELY, DIGITAL COMPUTER DOWNLOADS ON THE SUBJECT OF COMEDY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

FOR: CLOTHING, NAMELY SHIRTS AND HEAD-GEAR, NAMELY CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

FOR: ON-LINE RETAIL STORE SERVICES, FEA-TURING DOWNLOADABLE PRE-RECORDED AUDIO AND VIDEO, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND DISTRIBUTION OF ENTER-TAINMENT MEDIA, NAMELY, DOWNLOADABLE COMPUTER VIDEOS ON A GLOBAL COMPUTER NETWORK, AND PRODUCTION OF TELEVISION PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

OWNER OF U.S. REG. NO. 2,587,463.

SER. NO. 76-630,948, FILED 2-10-2005.

LEIGH CAROLINE CASE, EXAMINING ATTOR-NEY

EXHIBIT ___*B*___ , PAGE ___1___

Int. Cls.: 9, 25, 35 and 41

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 39, 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,155,670
Registered Oct. 17, 2006

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# JIBJAB

JIBJAB MEDIA INC. (DELAWARE CORPORA-
TION)
2660 SECOND STREET
SUITE 5
SANTA MONICA, CA 90405

FOR: PRE-RECORDED MEDIA, NAMELY, PRE-RECORDED CDS, DVDS AND ELECTRONIC MEDIA, NAMELY, DIGITAL COMPUTER DOWNLOADS ON THE SUBJECT OF COMEDY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

FOR: CLOTHING, NAMELY, SHIRTS AND HEADGEAR, NAMELY, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

FOR: ON-LINE RETAIL STORE SERVICES FEA-TURING DOWNLOADABLE PRE-RECORDED AUDIO AND VIDEO, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND DISTRIBUTION OF ENTER-TAINMENT MEDIA, NAMELY, DOWNLOADABLE COMPUTER VIDEOS ON A GLOBAL COMPUTER NETWORK, AND PRODUCTION OF TELEVISION PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-30-1999; IN COMMERCE 10-31-1999.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,587,463 AND 2,713,128.

SER. NO. 76-630,949, FILED 2-10-2005.

HOWARD FRIEDMAN, EXAMINING ATTORNEY

EXHIBIT _C_ PAGE _1_

 **facebook**    Search     Laura

White Castle   Jib Jab Chicken Ring ▼      👍 Like



EXHIBIT _____D_____ , PAGE _____1_____



DoNanza

Record your voice - White Castle Web spots Males

There are three White Castle spots that will be posted to White Castle's Facebook page. These will be jib jab style and facebook friends can upload their photos in the spots.

Ideal freelance opportunities
from across the web, so you can get to work

Start Now! It's free ❯

Enter skill

2 1 8 5 4 5   Freelancers already on board

Press Reviews

TechCrunch

"I give you DoNanza, the Kavak of online freelance project search."

The New York Times

"DoNanza is Redefining the search for online projects."

$350

Expired

Bid

EXHIBIT _____ E _____

PAGE _____



**THE RING IS THE THING**

ORIGINAL

BUFFALO

## White Castle
@WhiteCastle

The official White Castle Twitter page.

White Castle, OH · 39.115805, -84.620434 · http://whitecastle.com

Follow

Tweets

Following

Followers

Favorites

Lists

Recent images

Tweet to White Castle

Similar to White Castle

**Arby's** @Arbys — Promoted · Follow

**Tom Rush** — Follow

**Long John Silver's** — Follow

2,247 TWEETS
1,760 FOLLOWING
8,429 FOLLOWERS

Follow

## Tweets

**White Castle** @WhiteCastle
5 Minutes of Jillubm... mmm? Why, yes. That sounds lovely. on fb.me/HKMMF

**W NA W** @WNAW
WhiteCastle if I could drive to the nearest WC from GA...id be in the car...or maybe on a plane if I could!!!

**White Castle** @WhiteCastle
It's #TriviaThursday and we've got 2 truths & 1 lie! Guess the lie here: on fb.me/KbVFfv

**Charlie Allen** @TheSweenyGuy
Best burgers, best chicken, good fish, I really gotta try the #WhiteCastle breakfast because everything they make = heaven

**White Castle** @WhiteCastle
Jeannie Z's Craver' groom' feasted on this one-of-a-kind Slider cake! Share your stories & pics here! #WeddingWednesday pic.twitter.com/xJbiuSad
📷 View photo

**White Castle** @WhiteCastle
Think you're cool and original? We know the Original Slider is! Eat in original style at the Castle and tweet us your post! #IsItOriginal

**White Castle** @WhiteCastle
It's #WeddingWednesday & we're gaga for this groom's cake shared by Jeannie Z! Was WhiteCastle at your wedding?



EXHIBIT 6 PAGE 1

-17-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV12- 4178 MMM (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL      District of CALFIORNIA

| | |
|---|---|
| JIBJAB MEDIA INC., a Delaware corporation | ) |
| *Plaintiff* | ) |
| v. | ) |
| WHITE CASTLE MANAGEMENT CO., a Delaware corporation; and DOES 1-10, | ) |
| *Defendant* | ) |

**CV12-04178** MMM (JEMx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WHITE CASTLE MANAGEMENT CO., a Delaware corporation, and DOES 1-10, inclusive

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric W. Hagen
McDermott Will & Emery LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Tel: 310-277-4110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY 14 2012

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                                    *Server's signature*

                                        _____
                                                                    *Printed name and title*

                                        _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| JIBJAB MEDIA INC., a Delaware corporation | WHITE CASTLE MANAGEMENT CO., a Delaware corporation; and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| ERIC W. HAGEN (SBN 192340)<br>McDermott Will & Emery LLP<br>2049 Century Park East<br>Suite 3800<br>Los Angeles, CA 90067-3218 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes  ☐ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 2,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Trademark infringement and unfair competition in violation of 15 U.S.C. Sections 1114 and 1125(a).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12-04178

**FOR OFFICE USE ONLY:** Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CIVIL COVER SHEET

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Columbus, Ohio |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_ Date 5/14/2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |