1  Ira M. Siegel, SBN 78142
   email:  irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:   310-435-7656
4  Fax:   310-675-2187

5  Attorney for Defendant
   White Castle Management Co.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11 | JIBJAB MEDIA, INC.,                | CASE NO. CV 12-04178 MMM (JEMx)
12 |                                    | DEFENDANT'S RE-NOTICE OF
   |         Plaintiff                  | MOTION AND MOTION TO DISMISS
13 |    v.                              | FOR LACK OF PERSONAL
   |                                    | JURISDICTION (FED.R.CIV.P.
14 | WHITE CASTLE MANAGEMENT            | 12(b)(2)), OR, IN THE
   | CO. and DOES 1-10,                 | ALTERNATIVE, FOR ORDER
15 |                                    | TRANSFERRING CASE TO THE
   |         Defendant.                 | SOUTHERN DISTRICT OF OHIO,
16 |                                    |
17 |                                    | Hearing Date:  November 5, 2012
   |                                    | Time:           10:00 a.m.
18 |                                    | Courtroom:      780 (Roybal Building)
   |                                    | Judge:   Hon. Margaret M. Morrow

19

20       TO PLAINTIFF JIBJAB MEDIA, INC. AND ITS COUNSEL OF

21 RECORD:

22       PLEASE TAKE NOTICE that this is a RE-NOTICE OF MOTION.

23       Defendant White Castle Management Co. had filed on August 16, 2012 all

24 of the following documents:

25       •    Defendant's Notice of Motion and Motion to Dismiss for Lack of

26            Personal Jurisdiction (Fed.R.Civ.P. 12(B)(2)), or, in the

27            Alternative, for Order Transferring Case to the Southern District

28            Of Ohio (Doc. 6-main);

- Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(B)(2)), or, in the Alternative, for Order Transferring Case to the Southern District Of Ohio (Doc. 6-1);
- Declaration of Kim Kelly-Bartley in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(B)(2)), or, in the Alternative, for Order Transferring Case to the Southern District Of Ohio (Doc. 6-2); and
- (Proposed) Order Granting Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(B)(2)) (Doc. 7)

The Court, in Doc. 9, struck the Motion and those documents, and the hearing date set forth in them (i.e., September 24, 2012).

In a telephone call with the Court's clerk, Raymond Neal, Defendant's counsel was informed that the reason that the Motion and documents were struck is that the hearing date set forth in them had been closed.[1]  Mr. Neal informed Defendant's counsel that the next available hearing date is November 5, 2012, and rather than the Court's re-setting the hearing date, the Court preferred that a re-notice of motion, and re-submission of papers, occur.  Consistent with this, the Re-Notice of Motion is filed along with the foregoing other documents, all setting forth the new hearing date.

In view of the foregoing,

PLEASE TAKE NOTICE that on **November 5, 2012** at 10:00 a.m., or as soon thereafter as argument may be heard in Courtroom 780 (Roybal Building, 255 East Temple Street, Los Angeles, CA 90012), Defendant White Castle Management Co. ("WC Management Company") will and hereby does move the

---

[1] Before setting the date for the hearing, Defendant's counsel had attempted to link to the web page that would list closed hearing dates for this Court, but ended up on a page with the heading "OpenDNS Guide," and did not see a schedule.

1  Court to dismiss the above-captioned action for lack of personal jurisdiction over
2  Defendant (the only defendant that has been named and served in this case).
3      Defendant WC Management Company's motion is based on this Re-Notice
4  of Motion and Motion, the accompanying Memorandum of Points and Authorities,
5  and the Declaration of Kelly Kim-Bartley, and on all pleadings and papers on file
6  in this action.
7      This motion is made following the conference of counsel pursuant to
8  L.R. 7-3 which took place on August 9, 2012.

Respectfully submitted,

Date:  August 17, 2012

*/s/ Ira M. Siegel*

Ira M. Siegel, SBN 78142
email:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-675-2187

Attorney for Defendant
White Castle Management Co.