Ira M. Siegel, SBN 78142
email: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-675-2187

Attorney for Defendant
White Castle Management Co.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JIBJAB MEDIA, INC., <br><br> Plaintiff <br><br> v. <br><br> WHITE CASTLE MANAGEMENT CO. and DOES 1-10, <br><br> Defendant. | CASE NO. CV 12-04178 MMM (JEMx) <br><br> DECLARATION OF KIM KELLY-BARTLEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, FOR ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF OHIO <br><br> Hearing Date: November 5, 2012 <br> Monday, ~~September 24, 2012~~ <br> Time: 10:00 a.m. |

I, Kim Kelly-Bartley, do declare as follows:

1.  I am Vice President of White Castle Management Co. White Castle Management Co. is a Delaware corporation headquartered in Columbus, Ohio.

2.  White Castle Management Co. has no physical presence in the State of California. It has no facilities or employees in California, is not registered to do

business in California, has never paid taxes in California, and does not have an agent for service of process in California. White Castle Management Co. has not and does not sell, advertise or promote any its own products or services to consumers It also has not and does not sell, advertise or promote any goods or services to any entity located in California. White Castle Management Co. does not have regular and systematic business interactions with California-based companies. While White Castle Management Co. has contracted with companies located in California on several occasions, those occasions have been sporadic and do not include any regular or systematic business interactions with California-based companies. These contacts have been limited to trademark and merchandising licensing agreements with one current and one former California licensee for t-shirts, and 3 licensing agreements with movie studios/broadcasters licensing the use of certain trademarks. White Castle Management Co.'s primary interest in these licenses is to expose its trademarks for the purpose of promoting its restaurants, and not to generate independent revenue. Furthermore, White Castle restaurants do not operate in California, and the percentage of California-based revenue from these licensing agreements has been minimal – less than $10,000 over the past 3 years.

       3.     White Castle Management Co. is a subsidiary of White Castle System, Inc., a Delaware corporation with headquarters in Columbus, Ohio. White Castle System, Inc. is not a party to the above-captioned action. The only services

performed by White Castle Management Co. are those rendered to its parent company, White Castle System, Inc. and other subsidiaries of White Castle System, Inc. None of those other subsidiaries is a party to this action. White Castle Management Co.'s parent company, White Castle System, Inc., also has no physical presence in California. Similarly, White Castle System, Inc. has no facilities or employees in California, is not registered to do business in California, has never paid taxes in California, and has no agent for service of process in California.

4. White Castle System, Inc. operates a regional chain of fast food restaurants in the Midwestern United States and the New York City metropolitan area. Specifically, White Castle System, Inc. owns and operates restaurants in Illinois, Indiana, Kentucky, Michigan, Minnesota, Missouri, New Jersey, New York, Ohio, Pennsylvania, Tennessee and Wisconsin. None of the restaurants owned or operated by White Castle System, Inc. are located in California.

5. White Castle Management Co. owns the URL www.whitecastle.com, and various intangible property, including trademarks used by White Castle System, Inc. and its subsidiaries. The website is used to promote the goods and services of its parent, White Castle System, Inc., and of White Castle System, Inc.'s subsidiaries. This website is accessible from any location in the world with Internet access, and is not in any way especially directed to or targeted at California residents. This website is not interactive in the sense of allowing users

who access it to purchase any goods or services, or in allowing users to enter orders for the purchase of any goods or services, other than allowing users (a) to link to another website for purchasing merchandise, and (b) to place "take out" orders for restaurants located only in Illinois, Indiana, Kentucky, Michigan, Minnesota, Missouri, New Jersey, New York, Ohio, Pennsylvania, Tennessee or Wisconsin.

6. White Castle Management Co. also uses the Facebook social networking service, and posts on the Facebook website. These postings on Facebook are not used to promote services or products of White Castle Management Co., but are used to promote services and products offered by White Castle System, Inc. and another company, White Castle Food Products LLC, a sister Co. to White Castle Management Co. White Castle Food Products LLC is not a party to the above-captioned action. The postings of White Castle Management Co. on Facebook have not in any way been especially directed to or targeted at California residents.

7. White Castle Management Co. also uses the social networking service Twitter to post short, text-based messages known as "tweets." These tweets also are not used to promote services or products of White Castle Management Co., but are used to promote services and products of White Castle System, Inc. and White Castle Food Products LLC. The "tweets" of White Castle Management have not in any way been especially directed to or targeted at California residents.

8. The only subsidiary of White Castle System, Inc. that has regular business interactions with California-based entities is White Castle Food Products LLC. (As indicated above, White Castle Food Products LLC is not a party to this action.) White Castle Food Products LLC sells frozen food products to various frozen food carriers who have locations throughout most of the country, some of which are located in California. White Castle Management Co.'s website, www.whitecastle.com, identifies the names of several frozen food carriers (such as grocery store chains) that carry food products of White Castle Food Products LLC, but does not provide details of the frozen food items offered by the frozen food carriers, such as price or the specific product type identity. The website does not accommodate any online ordering of the frozen food products.

9. I am familiar with the allegations made against White Castle Management Co. in the Complaint filed in Case No. 2:12-cv-04178 in the United States District Court for the Central District of California on May 14, 2012. The Complaint is directed to a very short component of an overall Chicken Ring restaurant advertising campaign in April of 2012 promoting restaurants operated by White Castle System, Inc. in the states of Illinois, Indiana, Kentucky, Michigan, Minnesota, Missouri, New Jersey, New York, Ohio, Pennsylvania, Tennessee and Wisconsin. This component of the campaign ran from March 20, 2012 until April 28, 2012 and was entitled "The Original Engagement Chicken" and included a social media promotion for a "Chicken Rings" product sold only in the restaurants

operated by White Castle System, Inc. (which, as indicated above, are located only in Illinois, Indiana, Kentucky, Michigan, Minnesota, Missouri, New Jersey, New York, Ohio, Pennsylvania, Tennessee and Wisconsin). "The Original Engagement Chicken" promotion was conducted exclusively on electronic media, specifically the website www.whitecastle.com and the Facebook and Twitter postings referenced above. None of the electronic media used for this promotion was especially directed to or targeted at California residents, since this campaign was solely for Chicken Rings which could be purchased in White Castle restaurants – none of which are in the State of California, or within one thousand miles of California. Furthermore, none of the keywords set up in the Facebook profile for this campaign were chosen to focus on either California or the Plaintiff, and were terms that were not unique to either California or to the Plaintiff.

10. The "Chicken Rings" product is not, and has never been, sold by White Castle Management Co..

11. The "Chicken Rings" product is not sold by White Castle Food Products LLC to entities in the State of California, and was not during the time period of the campaign.

12. The "Chicken Rings" product is not, and has never been sold by White Castle System, Inc. to entities in the State of California. The closest restaurant operated by White Castle System, Inc. that offered the "Chicken Rings" product in April 2012 was located more than one thousand miles from the State of California.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, except for those matters stated as information and belief, and those matters I believe to be true, and if called upon to testify I can competently do so as set forth above.

Executed this 16th day of August, 2012 in Columbus, Ohio.

_____
Kim Kelly-Bartley

CINCINNATI/196652v.1