Ira M. Siegel, SBN 78142
email: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-675-2187

Attorney for Defendant
White Castle Management Co.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JIBJAB MEDIA, INC., <br><br> Plaintiff <br><br> v. <br><br> WHITE CASTLE MANAGEMENT CO. and DOES 1-10, <br><br> Defendant. | CASE NO. CV 12-04178 MMM (JEMx) <br><br> (Proposed) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FED.R.CIV.P. 12(B)(2)) <br><br> Hearing Date: November 5, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 780 (Roybal Building) <br> Judge: Hon. Margaret M. Morrow |

The Court having considered the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(B)(2)), or, in the Alternative, tor Order Transferring Case to The Southern District Of Ohio, the papers and evidence filed on behalf of Defendant in support thereof, and any the papers and evidence filed on behalf of Plaintiff in opposition thereto, and having heard oral argument on behalf of the parties, the Court finds and rules that good cause exists for granting Defendant's Motion in accordance with the following Order:

//

//

1  IT IS HEREBY ORDERED as follows:

2     This Court finds that it does not have jurisdiction over the Defendant in
3  connection with this Case No. CV 12-04178 MMM (JEMx), and therefore
4  Defendant's Motion is GRANTED.  This case is hereby **dismissed** pursuant to
5  Fed.R.Civ.P. 12(b)(2).

7     IT IS SO ORDERED.

8  Date: _____ ___ , 2012   _____
9                                      Hon. Margaret M. Morrow
                                       United States District Judge