ERIC W. HAGEN (SBN 192340)
ehagen@mwe.com
ERIC LEVINRAD (SBN 169025)
elevinrad@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3800
Los Angeles, CA 90067-3218
Telephone: 310.277.4110
Facsimile: 310.277.4730

Attorneys for Plaintiff
JIBJAB MEDIA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIBJAB MEDIA INC., <br><br> Plaintiff, <br><br> v. <br><br> WHITE CASTLE MANAGEMENT CO., <br><br> Defendant. | CASE NO. CV 12-04178 MMM (JEMx) <br><br> DECLARATION OF ERIC W. HAGEN IN SUPPORT OF JIBJAB MEDIA INC.'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF OHIO <br><br> Date: Nov. 5, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 780 (Roybal Building) <br> Judge: Hon. Margaret M. Morrow |

I, Eric W. Hagen, declare:

1. I am a partner at the law firm of McDermott Will & Emery LLP and counsel to plaintiff JibJab Media Inc. ("JibJab") in this case. I have personal knowledge of the facts stated in this declaration. If called upon to do so, I could and would testify competently and knowledgeably as to those facts.

2. In April 2012, defendant White Castle Management Co. ("White Castle") used the "Jib Jab" name at the top of its Facebook fan page to promote the

1  photo-personalized social media application at issue in this case. Attached hereto
2  as Exhibit 1 is a true and correct copy of a screen shot of the top of White Castle's
3  Facebook fan page, available at www.facebook.com/WhiteCastle, as it appeared
4  while the infringing promotion was running. This particular screen shot was
5  recorded on the evening of April 22, 2012, and shows that White Castle had
6  427,931 Facebook fans at the time. White Castle deleted the application at issue on
7  April 30, 2012, by which time I noted that the number of White Castle Facebook
8  fans was up to 474,018. As of the signing of this declaration, the number of White
9  Castle Facebook fans is listed at 607,702. Thus, during the final week that the
10 infringing "Jib Jab" promotion ran, White Castle added on average approximately
11 5,761 Facebook fans per day, and since the infringing promotion was deleted,
12 White Castle has added on average approximately 795 Facebook fans per day.
13      3.   As of the signing of this declaration, JibJab's Facebook fan page,
14 available at www.facebook.com/jibjab, has 555,957 fans. In April 2012, when
15 White Castle's infringing "Jib Jab" ad campaign was running, I noted that the
16 number of JibJab Facebook fans was more than a half million.
17      4.   On April 19, 2012, White Castle posted on its Facebook "timeline" an
18 announcement that linked to the infringing "Jib Jab Chicken Ring" application. At
19 least one of the comments for this post came from someone identified as a
20 California resident. Attached hereto as Exhibit 2 are true and correct copies of
21 screen shots of the aforementioned White Castle timeline post, including comments
22 listed at the time the screen shot was recorded, and the Facebook page of one of the
23 listed commenters, stating that he lives in Stockton, California.
24      5.   Attached hereto as Exhibit 3 is a true and correct copy of an online
25 article published by *WeBuzz* on May 23, 2011, entitled "Why Facebook Marketing
26 is important in promoting businesses nowadays?" available at
27 http://www.facebook.com/notes/webuzz/why-facebook-marketing-is-important-in-
28 promoting-businesses-nowadays/228336500515759?ref=nf.

- 2 -

DECLARATION OF ERIC W. HAGEN IN
SUPPORT OF JIBJAB'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

6. Attached hereto as Exhibit 4 is a true and correct copy of an online article published by Peter Wylie in *Social Media Examiner* on April 26, 2011, entitled "Should you advertise on Facebook, LinkedIn, or Twitter?" available at http://www.socialmediaexaminer.com/should-you-advertise-on-facebook-linkedin-or-twitter/.

7. Attached hereto as Exhibit 5 is a true and correct copy of an online article published by Utpal M. Dholakia and Emily Durham in the March 2010 issue of *Harvard Business Review* entitled "One Café Chain's Facebook Experiment," available at http://hbr.org/2010/03/one-cafe-chains-facebook-experiment/ar/1.

8. Attached hereto as Exhibit 6 is a true and correct copy of an online article published by Sam Oches in the August 2012 issue of *QSR* entitled "The QSR 50: These 50 brands are setting the pace in the quick-service and fast-casual restaurant industries," available at http://www.qsrmagazine.com/reports/qsr50-2012?page=5.

9. On the web page located at www.whitecastle.com/frozen, White Castle Management Co. advertises that White Castle® frozen food items are sold at 29 different grocery store chains throughout California. Attached hereto as Exhibit 7 is a true and correct copy of this web page.

10. In the Local Rule 7-3 meet and confer for this motion, White Castle's counsel did not address any facts or arguments in support of White Castle's alternative motion to transfer this case to the Southern District of Ohio.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2012, at Los Angeles, California.

_____
Eric W. Hagen

DECLARATION OF ERIC W. HAGEN IN SUPPORT OF JIBJAB'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS