UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-04178-MMM(JEMx) | Date | November 5, 2012 |
|---|---|---|---|

| Title | JibJab Media Inc. vs White Castle Management |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Hagen | Ira M. Siegel |

**Proceedings:**     **Defendant's Motion to Dismiss for Lack of Jurisdiction[10]; Scheduling Conference**

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motion to dismiss under submission.

The scheduling conference is deferred pending ruling on the motion to dismiss.