Ira M. Siegel, SBN 78142
email:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:  310-675-2187

Attorney for Defendant
White Castle Management, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JIBJAB MEDIA, INC., <br><br>　　　　　　Plaintiff <br><br>　　v. <br><br>WHITE CASTLE MANAGEMENT CO. and DOES 1-10, <br><br>　　　　　　Defendant. | CASE NO. CV 12-04178 MMM (JEMx) <br><br>(Proposed) ORDER GRANTING DEFENDANT WHITE CASTLE MANAGEMENT CO.'S EX PARTE APPLICATION FOR ORDER VACATING ORDER SETTING CASE MANAGEMENT DATES (DOC. 24) <br><br>Date:　　　　To Be Set by Court <br>Time:　　　　To Be Set by Court <br>Courtroom:　 780 (Roybal Building) <br>Judge:　　　 Hon. Margaret M. Morrow |

　　The Court having considered the Ex Parte Application by Defendant White Castle Management Co. for an order vacating the Court's Order Setting Case Management Dates (Doc. 24) in view of Defendant's pending Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(b)(2)), and good cause appearing therefor, Defendants' Ex Parte Application is hereby granted, and

//

//

//

//

1     IT IS ORDERED that,

2     The Court's Order Setting Case Management Dates (Doc. 24) is hereby

3 vacated.

4

5     IT IS SO ORDERED.

6 Date: _____ \_\_\_ , 2013   _____

7     Hon. Margaret M. Morrow
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28