Ira M. Siegel, SBN 78142
email:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-675-2187

Attorney for Defendant
White Castle Management, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JIBJAB MEDIA, INC., <br><br>               Plaintiff <br><br> v. <br><br> WHITE CASTLE MANAGEMENT CO. and DOES 1-10, <br><br>               Defendant. | CASE NO. CV 12-04178 MMM (JEMx) <br><br> (Proposed) ORDER GRANTING DEFENDANT WHITE CASTLE MANAGEMENT CO.'S EX PARTE APPLICATION FOR ORDER VACATING ORDER SETTING CASE MANAGEMENT DATES (DOC. 24) <br><br> Date:         To Be Set by Court <br> Time:        To Be Set by Court <br> Courtroom: 780 (Roybal Building) <br> Judge:       Hon. Margaret M. Morrow |

The Court having considered the Ex Parte Application by Defendant White Castle Management Co. for an order vacating the Court's Order Setting Case Management Dates (Doc. 24) ( the Application's being Doc. 27) in view of Defendant's pending Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(b)(2)), as well as Plaintiff JibJab Media, Inc.'s Opposition (Doc. 28) and Defendant's Reply (Doc. 29), and the supporting papers filed and/or referred to by the parties, and good cause appearing therefor, Defendants' Ex Parte Application is hereby granted, and

//

//

1  IT IS ORDERED that,

2      1.    The Court's Order Setting Case Management Dates (Doc. 24) is
3  hereby vacated.
4      2.    Jurisdictional discovery may be taken by the parties with
5  respect to the question of whether or not Defendant undertook the allegedly
6  infringing activities with knowledge that Plaintiff JibJab Media, Inc. was located in
7  California.  The parties shall cooperate in this regard so that Plaintiff has sufficient
8  opportunity to file an opposition to the pending Renewed Motion to Dismiss for
9  Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(b)(2)) (Doc. 20).
10     3.    Defendant's answer to the Complaint in this action will not be
11 due unless and until this Court denies the Renewed Motion to Dismiss.
12 IT IS SO ORDERED.
13 Date: _____ ___ , 2013   _____
14     Hon. Margaret M. Morrow
15     United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28