1  Ira M. Siegel, SBN 78142
   email:  irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:   310-435-7656
4  Fax:   310-675-2187

5  Attorney for Defendant
   White Castle Management Co.
6

7

8           UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    WESTERN DIVISION

10 JIBJAB MEDIA, INC.,                  CASE NO. CV 12-04178 MMM (JEMx)

11              Plaintiff                NOTICE OF MOTION AND MOTION
                                         BY DEFENDANT WHITE CASTLE
12         v.                            MANAGEMENT CO.'S MOTION FOR
                                         PROTECTIVE ORDER PRECLUDING
13 WHITE CASTLE MANAGEMENT               DISCOVERY BEYOND
   CO. and DOES 1-10,                    JURISDICTIONAL ISSUE
14
                Defendant.               Date:           Tuesday, Aug. 27, 2013
15                                       Time:           10:00 a.m.
                                         Courtroom:      C-8th Floor (Spring Street )
16                                       Magistrate Judge: Hon. John E. McDermott

17

18         TO PLAINTIFF JIBJAB MEDIA, INC. AND ITS COUNSEL OF

19  RECORD:

20         PLEASE TAKE NOTICE that on **August 27, 2013** at 10:00 a.m., or as soon

21  thereafter as argument may be heard in Courtroom C-8th Floor (Spring Street

22  Courthouse, 312 North Spring Street, Los Angeles, CA 90012), Defendant White

23  Castle Management Co. will and hereby does move for a protective order

24  precluding Plaintiff JibJab Media, Inc. from enforcing its discovery requests

25  beyond seeking discovery relating to whether Defendant undertook the allegedly

26  infringing activities without knowledge that Plaintiff JibJab Media, Inc. was

27  located in California as referenced by the Court at page 16 of its Order of May 14,

28  2013 (Doc. 18) (emphasis added):

"Defendants may renew their motion to dismiss **if**, after appropriate discovery, **they can adduce evidence that they undertook the allegedly infringing activities without knowledge that JibJab was located in California**. *Id.* at 1106 n. 34. Compare *Deckers Outdoor Corp. v. Turner*, No. CV10-7273 CAS, 2011 WL 781937, *3-5 (C.D. Cal. Feb. 28, 2011) ('Plaintiff does not allege that Defendant was aware that Plaintiff had its principal place of business in California. Plaintiff does not even allege that Defendant knew Plaintiff was the owner of the . . . trademark. . . . **The court finds that it is appropriate to allow plaintiff to conduct jurisdictional discovery with respect to the question of defendant's knowledge that harm was likely to occur in California**. At the conclusion of such discovery, plaintiff shall submit a supplemental brief . . . [and] Defendant shall then submit a response. . . . The Court will thereafter take the matter under submission')."

Defendant renewed its motion to dismiss for lack of personal jurisdiction (Doc. 20). Defendant also filed an Ex Parte Application for Order Vacating Order Setting Case Management Dates (Doc. 27). Both the renewed motion (scheduled to be heard on September 9, 2013) and the ex parte application are pending before the Court.

The parties also filed a stipulation regarding their selection of a settlement mediator (Doc. 26).

Subsequent to the filing of the renewed motion, ex parte application, and stipulation regarding selection of settlement mediator, Plaintiff served the following discovery upon Defendant:

- Notice of Deposition of Defendant White Castle Management Co. Pursuant to Fed. R. Civ. P. 30(b)(6)

| | |
|---|---|
| 1 | • JibJab Media Inc.'s First Set of Requests For Production to White |
| 2 | Castle Management Co. |
| 3 | • JibJab Media Inc.'s First Set of Interrogatories To White Castle |
| 4 | Management Co. |
| 5 | • JibJab Media Inc.'s First Set of Requests For Admissions to White |
| 6 | Castle Management Co. |
| 7 | • Plaintiff JibJab Media Inc.'s Notice of Subpoena For Northlich LLC |
| 8 | • Plaintiff JibJab Media Inc.'s Notice of Subpoena For Zimmerman |
| 9 | Advertising |

Defendant has objected to all this discovery to the extent that it is not reasonably calculated to require discovery beyond the jurisdictional question of whether Defendant undertook the allegedly infringing activities without knowledge that Plaintiff JibJab Media, Inc. was located in California.

In the meantime, the parties and settlement mediator have agreed to a mediation date of August 20, 2013.

This motion is made following conference of counsel conducted July 12, 2013.

Submitted herewith is a Stipulation as required by Local Rule 37-2.

Respectfully submitted,

Date: August 31, 2013

/s/Ira M. Siegel
Ira M. Siegel, SBN 78142
email: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-675-2187

Attorney for Defendant
White Castle Management Co.