1  Eric W. Hagen, SBN 192340
   ehagen@mwe.com
2  Vanessa I. Lefort, SBN 260687
   vlefort@mwe.com
3  McDERMOTT WILL & EMERY LLP
   2049 Century Park East, 38th Floor
4  Los Angeles, California 90067-3218
   Tel:   310-277-4110
5  Fax:   310-277-4730

6  Attorneys for Plaintiff
   JibJab Media Inc.
7
   Ira M. Siegel, SBN 78142
8  email:  irasiegel@earthlink.net
   LAW OFFICES OF IRA M. SIEGEL
9  433 N. Camden Drive, Suite 970
   Beverly Hills, California 90210-4426
10 Tel:   310-435-7656
   Fax:   310-675-2187
11
   Attorney for Defendant
12 White Castle Management Co.

13

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

17

| | |
|---|---|
| JIBJAB MEDIA INC., <br><br>             Plaintiff <br><br>     v. <br><br> WHITE CASTLE MANAGEMENT CO., <br><br>             Defendant. | CASE NO. CV 12-04178 MMM (JEMx) <br><br> NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE HEARING ON DEFENDANT WHITE CASTLE MANAGEMENT CO.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION <br><br> Date:       September 9, 2013 <br> Time:       10:00 a.m. <br> Courtroom:  780 (Roybal Building) <br> Judge:      Hon. Margaret M. Morrow |

- 1 -

NOT. OF SETTLEMENT & STIPULATION
TO CONTINUE 9/9/13 HEARING

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Plaintiff JibJab Media Inc. ("JibJab") and defendant White Castle
2  Management Co. ("White Castle") hereby notify the Court that the parties have
3  reached a settlement. As such, the parties stipulate to stay the hearing on White
4  Castle's pending Renewed Motion to Dismiss for Lack of Personal Jurisdiction,
5  currently scheduled for 10:00 a.m. on September 9, 2013. Upon the parties'
6  finalizing the settlement, they will file a stipulation to that effect.

7  Dated: August 30, 2013                    Respectfully submitted,

10  /s/Ira M. Siegel                          /s/Eric W. Hagen
    Ira M. Siegel, SBN 78142                  Eric W. Hagen (SBN 192340)
11  email: irasiegel@earthlink.net            email: ehagen@mwe.com
    LAW OFFICES OF IRA M. SIEGEL              Vanessa I. Lefort (SBN 260687)
12  433 N. Camden Drive, Suite 970            email: vlefort@mwe.com
    Beverly Hills, California 90210-4426      McDERMOTT WILL & EMERY LLP
13  Tel:   310-435-7656                       2049 Century Park East, Suite 3800
    Fax:   310-675-2187                       Los Angeles, CA 90067-3218
14                                            Telephone: 310.277.411 0
                                              Facsimile: 310.277.4730

15  Attorney for Defendant                    Attorneys for Plaintiff
    White Castle Management Co.               JibJab Media Inc.

18  DM_US 44801778-1.080322.0060

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                            NOT. OF SETTLEMENT & STIPULATION
                                 TO CONTINUE 9/9/13 HEARING